UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-8464-WM

UNITED STATES OF AMERICA

vs.

Francisco Antonio BARAHONA,

   Defendant.
_____/

CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)? _____ Yes __X__ No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? _____ Yes __X__ No

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

BY: *Aurora Fagan*
AURORA FAGAN
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 0188591
500 S. Australian Ave, Ste. 400
West Palm Beach, Florida 33401
TEL (561) 820-8711
FAX (561) 820-8777
Aurora.Fagan@usdoj.gov

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) |
|---|---|
| v. | ) |
| Francisco Antonio BARAHONA | ) Case No. 21-8464-WM |
| | ) |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __December 21, 2019__ in the county of __Palm Beach__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8, United States Code, Section 1326(a) and (b)(1). | Illegal re-entry. |

This criminal complaint is based on these facts:
See Attached Affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Andy Korzen, TFO Homeland Security Investigations
Printed name and title

Sworn to before me and signed in my presence., **via Telephone—FaceTime per Fed.R.Crim.P. 4(d) and 4.1.**

Date: __November 30, 2021__

_____
Judge's signature

City and state: __West Palm Beach, FL__     William Matthewman, U.S. Magistrate Judge
Printed name and title

FILED BY __KJZ__ D.C.
Nov 30, 2021
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

## AFFIDAVIT
## OF
## ANDY KORZEN
## UNITED STATES DEPARTMENT OF HOMELAND SECURITY
## IMMIGRATION AND CUSTOMS ENFORCEMENT

I, Andy Korzen, being duly sworn, depose and state as follows:

1. I am a Task Force Officer (TFO) with the Homeland Security Investigations (HSI), and I am also Deportation Officer with the Immigration and Customs Enforcement (ICE) and have been so employed for over eighteen years. I am currently assigned to the Homeland Security Investigations, West Palm Beach, Florida. My duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2. This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that Francisco Antonio BARAHONA committed the offense of illegal re-entry after deportation, in violation of Title 8, United States Code, Section 1326(a) and (b)(1).

3. On or about December 21, 2019, Francisco Antonio BARAHONA was arrested in Palm Beach County, Florida on charge of driving under the influence. He was booked and detained at the Palm Beach County Jail. Upon booking, his fingerprints were entered into the IAFIS system with a positive match for an individual previously removed from United States, that is Francisco Antonio BARAHONA.

1

4. A review of the immigration alien file shows that Francisco Antonio BARAHONA is a native and citizen of Honduras. Records further show that on or about January 25, 2011, Francisco Antonio BARAHONA was ordered removed. The Order of Removal was executed on or about May 9, 2011, whereby Francisco Antonio BARAHONA was removed from the United States and returned to Honduras.

5. Thereafter, Francisco Antonio BARAHONA re-entered into the United States, and on or about January 31, 2014, was removed for the second time and returned to Honduras.

6. Records further show that on or about October 21, 2009, in the Circuit Court of the Twentieth Judicial Circuit in and for Lee County, Florida, Francisco Antonio BARAHONA was convicted of the felony offense of drive while license suspended-habitual offender, case number 09-CF-018684.

7. Further review of the records shows that on or about January 13, 2014, in the United States District Court, Middle District of Florida, Francisco Antonio BARAHONA was convicted of the felony offense of illegal reentry by a previously deported alien, case number 13-cr-110-FtM-29DNF.

8. U.S. Department of Homeland Security, Forensic Laboratory Senior Fingerprint Specialist Kevin FitzGerald conducted fingerprint comparison in this case. The fingerprint comparison confirmed that the individual encountered on or about December 21, 2019, that is, Francisco Antonio BARAHONA was the same person previously removed from the United States.

9. A record check was performed in the Computer Linked Application Informational Management System (CLAIMS) to determine if Francisco Antonio

BARAHONA filed an application for permission to reapply for admission into the United States after deportation or removal. After a search was performed in that database system, no record was found to exist indicating that Francisco Antonio BARAHONA obtained consent from the Attorney General of the United States or from the Secretary of Homeland Security, for re-admission into the United States as required by law.

10. Based on the foregoing, I submit that probable cause exists to believe that, on or about December 21, 2019, Francisco Antonio BARAHONA, an alien who has previously been deported and removed from the United States, was found in the United States without having received the express consent from the Attorney General or the Secretary of the Department of Homeland Security for re-admission into the United States, in violation of Title 8, United States Code, Section 1326(a) and (b)(1).

_____
Andy Korzen
Task Force Officer
Homeland Security Investigations

Sworn and Attested to me by Applicant by Telephone (Facetime) pursuant to Fed. R. Crim. P. 4(d) and 4.1 this __30th__ day of November 2021.

_____
WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** Francisco Antonio BARAHONA,

**Case No:** 21-8464-WM

Count 1:

Illegal Re-Entry

Title 8, United States Code, Section 1326(a) and (b)(1)

**\* Max. Penalty:** 10 Years' Imprisonment, 3 years supervised release, and fine of up to $250,000.

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 21-8464-WM

### BOND RECOMMENDATION

DEFENDANT: Francisco Antonio BARAHONA

Pre-Trial Detention
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____
AUSA:   Aurora Fagan

Last Known Address: _____

_____

_____

What Facility: _____

_____

Agent(s):   Andy Korzen
(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (**OTHER**)
TFO Homeland Security Investigations